EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2025 TSPR 38 |
| Pablo E. García Pérez | 215 DPR ___ |

Número del Caso: TS-9,233

Fecha: 15 de abril de 2025

Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director

Representante legal del Sr. Pablo E. García Pérez:

    Lcdo. José Antonio Morales Arroyo

Materia: Conducta Profesional – Suspensión inmediata e indefinida del ejercicio de la notaría por deficiencias sustantivas y la falta de diligencia en el proceso de subsanación de su obra notarial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Pablo E. García Pérez

TS-9,233

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de abril de 2025.

Examinada la *Moción en cumplimiento de Orden; notificando estatus actualizado de proceso de subsanación de obra incautada e incumplimiento del Notario; y en solicitud de otros remedios* presentada por la Oficina de Inspección de Notarías (ODIN), en la que nos informa que persisten las deficiencias sustantivas detalladas en el Informe y que el Notario no ha sido diligente para culminar el proceso de subsanación, se suspende al Lcdo. Pablo E. García Pérez inmediata e indefinidamente del ejercicio de la notaría.

En virtud de su suspensión, la fianza que garantiza las funciones notariales del licenciado García Pérez queda automáticamente cancelada. Esta se considerará buena y válida por tres años después de su terminación, en cuanto a los actos realizados durante el periodo en que estuvo vigente.

Por otro lado, se refiere al licenciado García Pérez a un proceso de desacato civil ante el Tribunal de Primera Instancia, Sala Superior de San Juan.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo